ELIZABETH M. CHRISTOFFERSON, Appellant, v. AETNA CASUALTY & SURETY COMPANY et al., Respondents. SYLVESTER YATES, Appellant, v. AETNA CASUALTY & SURETY COMPANY et al., Respondents. WELLINGTON YATES, Appellant, v. AETNA CASUALTY & SURETY COMPANY et al., Respondents.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.